United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-10340
Conference Calendar

WILLIE CHESTER,

Petitioner-Appellant,

versus

DAN JOSLIN, Warden,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:05-CV-2327
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Willie Chester, federal prisoner # 56341-080, appeals the
district court's dismissal of a 28 U.S.C. § 2241 petition
challenging his enhanced sentence as an armed career criminal.
The district court dismissed the petition for lack of
jurisdiction because it determined that Chester's claims sounded
as an unauthorized second or successive 28 U.S.C. § 2255 motion
and that Chester had not made the showing necessary to seek
§ 2241 relief by means of the savings clause of § 2255.  Because
Chester does not challenge this determination by the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court, he has waived the only issue relevant to his appeal.

<u>Yohey v. Collins</u>, 985 F.2d 222, 225 (5th Cir. 1993).

AFFIRMED.